

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:18-cr-56-J-32JBT
  21 U.S.C. § 963
CARLOS FERNANDEZ DUQUE LOPEZ  21 U.S.C. § 959(a)
ANA CAROLINA CHAPARRO CORREDOR  18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about July 2016 and continuing through on or about July 7, 2016, in the Country of Colombia, and elsewhere, the defendants,

CARLOS FERNANDEZ DUQUE LOPEZ
ANA CAROLINA CHAPARRO CORREDOR,

who will first be brought into the United States at a point in the Middle District of Florida, did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute a controlled substance intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. § 959(a).

With respect to CARLOS FERNANDEZ DUQUE LOPEZ, and ANA CAROLINA CHAPARRO CORREDOR, the violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 960(b)(1)(B).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. § 963.

## COUNT TWO

On or about July 7, 2016, in the Country of Colombia, and elsewhere, the defendants,

CARLOS FERNANDEZ DUQUE LOPEZ
ANA CAROLINA CHAPARRO CORREDOR,

who will first be brought into the United States at a point in the Middle District of Florida, aiding and abetting each other, did knowingly and intentionally distribute a controlled substance intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States.

2

With respect to CARLOS FERNANDEZ DUQUE LOPEZ, and ANA CAROLINA CHAPARRO CORREDOR, the violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 960(b)(1)(B).

In violation of 21 U.S.C. § 959(a) and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 963 and/or 959(a), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

Case 3:18-cr-00056-TJC-JBT   Document 1   Filed 03/22/18   Page 4 of 5 PageID 4

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

          A TRUE BILL,

          _____
          Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
   Beatriz Gonzalez
   Assistant United States Attorney

By: _____
   Frank M. Talbot
   Assistant United States Attorney
   Chief, Jacksonville Division

4

FORM OBD-34
3/22/18 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CARLOS FERNANDEZ DUQUE LOPEZ
ANA CAROLINA CHAPARRO CORREDOR

## INDICTMENT

Violations:  Ct. 1:  21 U.S.C. § 963
             Ct. 2:  21 U.S.C. § 959(a)

A true bill,

_____
Foreperson

Filed in open court this 22nd day of March, 2018.

_____
Clerk

Bail  $_____

GPO 863 525